IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SORIS FINANCIAL, etc., <br>     Plaintiff | : <br> : <br> : |
| v. | :    Case No. AMD 01-2261 |
| ARLEN L. MILLER, <br>     Defendant | : <br> : <br> : |

...oOo...

## MEMORANDUM

This suit for breach of contract is here based on diversity of citizenship. Defendant has filed a motion for summary judgment which is properly supported as required by Fed.R.Civ.P. 56. Plaintiff's counsel notified chambers upon inquiry that plaintiff does not intend to file an opposition to the motion, the deadline for which has passed. Accordingly, the motion for summary judgment shall be granted. An order follows.

Filed: October 9, 2001

_____
ANDRE M. DAVIS
United States District Judge

