IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SORIS FINANCIAL, etc., :
   Plaintiff :
 :
v. : Case No. AMD 01-2261
 :
ARLEN L. MILLER, :
   Defendant :

...o0o...

ORDER

For the reasons stated in the accompanying memorandum, it is this 9th day of October, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That the motion for summary judgment is GRANTED; and it is further ORDERED

(2) That JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF; and it is further ORDERED

(3) That the Clerk of the Court shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to counsel.

_____
ANDRE M. DAVIS
United States District Judge